Ray B. Roman, Appellant, *v.* Kathrine Donovan et al., Doing Business as Southampton Beach Realty Company, Respondents.

(Submitted February 26, 1934; decided March 6, 1934.)

*George L. Madden* for motion.

*Irving Ben Cooper* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless plaintiff furnishes an undertaking and perfects the appeal within the next ten days and pays ten dollars costs, in which event the motion is denied, without costs.